LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form**. You should use this form if you are in the Northern District of Georgia and
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the Court requires (*see* the Prisoner's Guide to Filing a Habeas Corpus Petition available on the Court's website or from the Clerk of Court).

7. **Submitting Documents to the Court**. Mail your petition to:

   Office of the Clerk
   United States District Court
   Northern District of Georgia
   2211 U.S. Courthouse
   75 Ted Turner Drive, S.W.
   Atlanta, GA  30303-3361

   Do **not** send papers directly to the judge.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and a self-addressed stamped envelope and ask the Court to file-stamp the petition and return it to you. All copies must be identical to the original. Copies may be legibly handwritten.

8. **Change of Address**. You must immediately notify the Court in writing of any change of address. If you do not, the Court may dismiss your case.

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the Northern District of Georgia

Jeremy Brown
_____
*Petitioner*

v.   Case No. _____
         *(Supplied by Clerk of Court)*

Sylvester Jenkins, Warden ATL FCI
_____
Respondent *(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Jeremy Michael Brown
    (b) Other names you have used: Sgt. Jeremy Michael Brown
2.  Place of confinement:
    (a) Name of institution: Atlanta FCI
    (b) Address: 601 McDonough Blvd, SE Atlanta, GA 30315
    (c) Your identification number: 67547-509
3.  Are you currently being held on orders by:
    ☐ Federal authorities   ☐ State authorities   ☐ Other - explain:
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: United States District Court Middle District of Florida Tampa Division 801 N. FLA. Ave. Tampa, Florida 33602
        (b) Docket number of criminal case: 8:21-cr-348-SCB-SPF-1
        (c) Date of sentencing: 04/07/2023
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  United States District Court Middle District of Florida Tampa Division, 801 N. FLA. Ave. Tampa, FL 33602
   (b) Docket number, case number, or opinion number:  8:21-cr-348-SCB-SPF-1
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Appealing jury verdict of guilt and all accompanying appellate issues

   (d) Date of the decision or action:  Pending before Court of Appeals for the Eleventh Circuit

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:  United States Court of Appeals for the Eleventh Circuit
       (2) Date of filing:  04/09/2023
       (3) Docket number, case number, or opinion number:  23-11146
       (4) Result:  pending
       (5) Date of result:  pending
       (6) Issues raised:  Failure of trial court to suppress evidence, lack of jurisdiction by magistrate signing search warrant, prosecutor's comments on Mr. Brown's silence, constitutionally infirm search warrant and subsequent search of house and vehicles

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes      ☐ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☒ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Any remedy under 28 U.S.C. is inadequate or ineffective because the Pardon from President Donald J. Trump was not an issue upon appeal and despite the Pardon, Mr. Brown is still being held at Atlanta FCI

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☒ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: United States Appellate Court for the Eleventh District
(2) Date of filing: 04/09/2023
(3) Case number: 23-11146
(4) Result: pending
(5) Date of result: pending
(6) Issues raised: Failure of trial court to suppress evidence, lack of jurisdiction by magistrate signing search warrant, prosecutor's comments on Mr. Brown's silence, constitutionally infirm search warrant and subsequent search of house and vehicle

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** On January 20, 2025, President Donald J. Trump issued a pardon to Mr. Brown which reads "grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
see attached.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do:   Accept this Petition
Recognize and rule Jeremy Brown has received a Presidential Pardon for his cases
Order the Bureau of Prisons release Jeremy Brown immediately upon his own personal recognizance

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/05/2025

_____
Signature of Petitioner

*[signed]*

_____
Signature of Attorney or other authorized person, if any

## ATTACHED
## GROUNDS FOR YOUR CHALLENGE IN THIS PETITION

Based upon a signed search warrant from a District of Columbia Magistrate, the United States of America executed a search warrant on his Tampa, Florida home and vehicle. The search warrant was based upon alleged activity of Jeremy Brown at or near the United States Capitol on January 6, 2021. Brown was federally prosecuted in the District of Columbia and the Middle District of Florida. He was convicted in both jurisdictions. On or about January 20, 2025, President Donald Trump issued pardons and commutations of sentences for certain offenses relating to the events at or near The United States Capitol on January 6, 2021. Jeremy Brown's District of Columbia conviction was dismissed with prejudice. Brown remains at ATLANTA FCI because his Presidential Pardon has not been recognized by all relevant jurisdictions.